To : UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, on February 2nd, 2021.

I am writing you regarding case 2:20-CV-01989-TLN-CKD

I have been informed by my internet provider that there is a subpoena to produce documents identifying my name and address in connection with a copyright infringement. Related to IP Address 174.87.193.119 on 8/01/2020 05:44:37.

I formally oppose disclosure in court of this information, would like to file a motion to quash the subpoena, and object to this subpoena on the basis that my wireless network is not password protected and that my house is surrounded by vacation rentals. There are currently 5 vacation rentals within 100 feet of my house. It is highly possible that someone from one of these vacation rentals did download copyright protected material and I am not sure how you would be able to identify the Unknown Infringer.

**FILED**

FEB 08 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES
DISTRCT COURT,
EASTERN DISTRICT OF
CALIFORNIA

Strike 3 Holdings, LLC           CASE NO.: 2:20-cv-01989-TLN-CKD

       Plaintiff/Petitioner,

vs. John Doe subscriber assigned IP address 174.87.193.119,

       Defendant/Respondent.

**NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING**

Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), I hereby certify:

(X)(1)    I am filing herewith a document containing confidential information as described in Rule 2.420(d)(1)(B) and that:

     (a) The title/type of document _____, and

     (b) ( X) the entire document is confidential, or

         ( ) the confidential information within the document is precisely located at:

_____

OR

( )(2)    A document was previously filed in this case that contains confidential information as described in Rule 2.420(d)(1)(B), but a Notice of Confidential Information within Court Filing was not filed with the document and the confidential information was not maintained as confidential by the clerk of the court. I her[e]by notify the clerk that this confidential information is located as follows:

     (a) Title/type of document:___Objection to Subpoena_____;

     (b) Date of filing (if known):_____2/02/20_____;

     (c) Date of document:_____2/02/20_____;

     (d) Docket entry number:_____;

(e) (X) Entire document is confidential, or

( ) Precise location of confidential information in document:_____

---

<u>                                                      </u>
Filer's Signature

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by (e-mail) (delivery) (mail) (fax) on: (All parties and Affected Non-Parties. Note: If the name or address of a Party or Affected Non-Party is confidential, DO NOT include such information in this Certificate of Service. Instead, serve the State Attorney or request court Service. See Rule 2.420(k)). February, the 2nd, 2021.

<u>                                                      </u>
Filer's Signature

Name
Address
Phone
Florida Bar No.
E-Mail address