UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:20-cv-01989-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO FILE STATUS REPORT |
| JOHN DOE subscriber assigned IP address 174.87.193.119 | |
| Defendant. | |

On March 17, 2021, plaintiff filed a status report (ECF No. 15) in accordance with the terms of this court's February 4, 2021 minute order. (ECF No. 11.) In the status report, plaintiff advises the court that defendant's internet service provider has not yet responded to plaintiff's third-party subpoena. As such, plaintiff is unable to submit a complete status report at this time.

ACCORDINGLY, IT IS ORDERED THAT, not later than April 16, 2021, plaintiff shall file a status report that includes the information set forth in the court's December 15, 2020 order. (ECF No. 7, paragraph 9.)

Dated: March 18, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8/Strike3.1989.status

1